UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AA RANCHO INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive, <br><br> Defendants. | **Case No. 09 CV 0042 JM LSP** <br><br> **ORDER RE JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO STIPULATION** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's deadline for responding to the complaint is extended to February 26, 2009.

Dated: January 30, 2009

_____
District Court Judge

- 1 -
ORDER RE JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT